.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**SUSAN T.**<sub>1</sub>,

    **Plaintiff,**

        v.

**Commissioner of Social Security,**

    **Defendant.**

**Case No.   3:22-cv-41**

**Magistrate Judge Deavers**

[ ]  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**   This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on March 22, 2023, this action is remanded to the Commissioner of Social Security.

Date: March 7, 2023

                                                  **Richard W. Nagel, Clerk of Court**

                                    By:        /s/ Valerie Brown
                                                          Valerie Brown, Deputy Clerk